**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Steven Ramar, | ) | No. CV-06-890-PHX-LOA |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| U. S. Collections West, Inc. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      This Court is in receipt of the Plaintiff's Notice of Acceptance and Filing of Offer of Judgment filed on May 10, 2006 (Dkt. #10). To date, judgment has not been entered in favor of Plaintiff and against Defendant in accordance with the Offer and Acceptance of Judgment.

      **IT IS ORDERED** that the parties shall lodge with the Court the Judgment in accordance with the Acceptance of Offer of Judgment on or before **July 19, 2006**. If the parties are unable to comply with this order in submitting a Judgment, then the parties shall submit a Joint Status Report on or before **July 19, 2006** on why additional time is necessary to finalize this matter.

      DATED this 15th day of June, 2006.

*[signature]*
Lawrence O. Anderson
United States Magistrate Judge