**WO**

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

|  |  |
|---|---|
| Steven Ramar,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. Collections West, Inc.,<br><br>    Defendant. | No. CV-06-890-PHX-LOA<br><br>**JUDGMENT** |

Plaintiff having accepted Defendant's Offer of Judgment, and good cause appearing,

**IT IS HEREBY ORDERED** that judgment be entered in favor of Plaintiff Steven Ramar and against Defendant U.S. Collections West, Inc. in the amount of $2,000.00 plus costs taxed, with interest to accrue from the date of judgment until satisfied.

DATED this 21st day of July, 2006.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge