Floyd W. Bybee, #012651
**FLOYD W. BYBEE, PLLC**
2473 S. Higley Road
Suite 104, #308
Gilbert, Arizona 85297
Office:  (480) 756-8822
Fax: (480) 756-8882
floyd@bybeelaw.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

|  |  |
|---|---|
| **Steven Ramar,** | No.  CV06-890-PHX-LOA |
| Plaintiff, | |
| v. | **SATISFACTION OF JUDGMENT** |
| **U.S. Collections West, Inc.,** | |
| Defendant. | |

The undersigned attorney for Plaintiff and Judgment Creditor, Steve Ramar, hereby acknowledges receipt of TWO THOUSAND TWO HUNDRED NINETY DOLLARS AND NO CENTS ($2,290.00) from Defendant in FULL SATISFACTION OF THE JUDGEMENT entered

/ / /

/ / /

on July 21, 2006.

DATED  __August 7, 2006___ .


                              __s/ Floyd W. Bybee___
                              Floyd W. Bybee, #012651
                              **FLOYD W. BYBEE, PLLC**
                              2473 S. Higley Road
                              Suite 104, #308
                              Gilbert, Arizona 85297
                              Office:  (480) 756-8822
                              Fax: (480) 756-8882
                              floyd@bybeelaw.com

                              Attorney for Plaintiff


**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that on __August 7, 2006__ the attached document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

     **Alan Zimmerman**
          Attorney for Defendant

by  __s/ Floyd W. Bybee__